UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JIMMY LEE MEDINA,<br><br>    Plaintiff,<br><br>vs.<br><br>KURT KRUEGER, EILEEN JOYCE, ED LESTER, SAMM T. COX,<br><br>    Defendants. | Case No. CV-21-087-BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED Medina's Complaint is DISMISSED pursuant to Order (Doc. 8).

  Dated this 20th day of December 2021.

           TYLER P. GILMAN, CLERK

           By: /s/ H. Gauthier
           H. Gauthier, Deputy Clerk